UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JESUS O. GONZALEZ-FIGUEROA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:18-cv-01771-ACA-TMP |
| ) | |
| JEFFERSON SESSIONS, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot, filed July 6, 2018. (Doc. 33). In the motion, Respondents note Petitioner was removed from the United States to Mexico on June 11, 2018. (Doc. 33-1). Because Petitioner is no longer in custody, Respondents contend this case is due to be dismissed as moot.

On October 18, 2017, Petitioner filed a petition for writ of habeas corpus seeking to be released from custody pending his removal to Mexico. (Doc. 1). Because Petitioner has been removed, his petition is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Soliman v. United States,* 296 F.3d 1237-1242-43 (11th Cir. 2002) (once a habeas petitioner is no longer detained, "no order … requiring [his] release into the community awaiting his final

removal order could have any effect."). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202, 1202 (N.D. Ala. 2011).

A separate order will be entered.

**DONE** and **ORDERED** this July 12, 2018.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE